Case 8:15-cv-01690-CBD   Document 16   Filed 03/17/16   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0393
FAX (301) 344-0394

# MEMORANDUM

TO: Counsel of Record

RE: Reza Hazeli v. Mehriran Publishing Co., et al.
Civil Action No. CBD-15-1690

DATE: March 17, 2016

\* \* \* \* \* \* \* \* \*

This matter has been referred to me for all further proceedings. Outlined below is my policy which must be followed prior to filing any motion related to a discovery dispute.

No discovery-related motion may be filed unless the moving party has attempted in good faith, but without success, to resolve the dispute and has requested a pre-motion conference with the Court to discuss the dispute informally. The procedure for requesting a pre-motion conference is as follows:

1. Party shall notify opposing party of their intent to contact my chambers to request a telephone conference at least 24 hours in advance of any request.

2. The party requesting such a conference shall check the availability of all parties and contact my chambers with available dates and times.

3. After a telephone conference has been scheduled, it will be the responsibility of the party requesting the conference to initiate the call unless dial-in procedures have been provided by chambers.

4. Each party shall submit brief letters outlining their respective positions no later than 3:00 p.m. on the day prior to the telephone conference. The letters should not be more than 2 pages. Letters shall be emailed to mdd_cbdchambers@mdd.uscourts.gov.

5. No official record of the conference will be made or permitted.

If the Court does not grant the request for a conference, or if the conference fails to resolve the dispute, then upon approval of the Court, a motion may be filed.

/s/
Charles B. Day
United States Magistrate Judge

Copy mailed to Pro Se Defendant:

MANSOUREH PIRNIA
14900 Talking Rock Court, Suite B
Potomac, Maryland 20878
Defendant